IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LISA ANN MORRIS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:12CV00543-JJV |
| CAROLYN W. COLVIN, Acting | * | |
| Commissioner, Social Security | * | |
| Administration,, | * | |
| | * | |
| Defendant. | | |

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 20th day of August, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1